# IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  ARNOLD B. SAPP,           :          CHAPTER 13
      Debtor

                                                  :          BANKRUPTCY NO.  18-11503

## ORDER

AND NOW, this ____ day of January, 2019, upon consideration of the Motion of Wells Fargo Bank for Relief from the Automatic Stay, the Debtor's Answer thereto, and after notice and an opportunity to be heard by all interested parties, it is hereby ORDERED that the Motion is DENIED.

_____
J.

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: ARNOLD B. SAPP,  : CHAPTER 13
      Debtor

                                                                     : BANKRUPTCY NO. 18-11503

### DEBTOR'S ANSWER TO MOTION OF LNV CORPORATION ("LNV") FOR RELIEF FROM THE AUTOMATIC STAY, WITH AFFIRMATIVE DEFENSES

1. The allegations of paragraphs 1 through 7 of the Motion are admitted.

2. The allegations of all of the remaining paragraphs are denied or denied as stated and strict proof of same is demanded at any hearing.

### AFFIRMATIVE DEFENSES

3. The Debtor advises that he in fact did make all payments due through October, 2018, and will cure all defaults by the time of the hearing.

4. Therefore, the Debtor will be at most slightly in default by the hearing date.

5. The value of the mortgaged property is at least $350,000.

6. The amount of the Movant's claim is approximately $315,000

7. The interests of the Movant in the propertyis therefore well protected by an equity cushion.

8. As there is no basis for relief from the automatic stay stated, there is no basis whatsoever for the Movant's seeking a waiver of the stay period set forth in FRBP 4001(a)(3).

WHEREFORE, the Debtor requests that this court deny the Motion.

Dated:  December 23, 2018                                    Attorney for Debtor

                                                                                     _____
                                                                                     /s/DAVID A. SCHOLL
                                                                                     512 Hoffman Street
                                                                                     Philadelphia, PA.  19148
                                                                                     610-550-1765