# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Arnold B. Sapp | | CHAPTER 13 |
| | Debtor(s) | |
| XChange Leasing | | |
| | Movant | |
| vs. | | NO. 18-11503 AMC |
| Arnold B. Sapp | | |
| | Debtor(s) | |
| William C. Miller Esq. | | 11 U.S.C. Sections 362 and 1301 |
| | Trustee | |

## ORDER

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant, XChange Leasing, reviewed the file herein and, finding that no objections to same have been filed and that all required notices of said Motion have been properly served, is of the opinion that said Motion should be granted. It is therefore,

**ORDERED** that the automatic stay is hereby terminated under 11 U.S.C. §362(d) as to Movant, upon entry of this Order pursuant to the authority granted in Fed.R.Bankr.P., Rule 4001(a)(3) to permit said creditor, its successors and/or assigns, to take possession and sell, or otherwise dispose of the 2016 FORD Focus Hatchback 5D SE I4 - VIN: 1FADP3K29GL205943 in a commercially reasonable manner.

_____
United States Bankruptcy Judge.

Arnold B. Sapp
47 Hidden Valley Road
Aston, PA 19014

David A. Scholl
Law Office of David A. Scholl
512 Hoffman Street
Philadelphia, PA 19148

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532