United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-11503-amc
Arnold B Sapp                                                             Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: PaulP              Page 1 of 1              Date Rcvd: Jan 22, 2019
                            Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 24, 2019.
db              +Arnold B Sapp,    47 Hidden Valley Road,    Aston, PA 19014-2513

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 22, 2019 at the address(es) listed below:
      DAVID A. SCHOLL    on behalf of Debtor Arnold B Sapp judgescholl@gmail.com
      KARINA  VELTER    on behalf of Creditor    WELLS FARGO BANK, N.A. amps@manleydeas.com
      KEVIN G. MCDONALD    on behalf of Creditor    XChange Leasing bkgroup@kmllawgroup.com
      REBECCA ANN SOLARZ    on behalf of Creditor    XChange Leasing bkgroup@kmllawgroup.com
      SARAH ELISABETH BARNGROVER    on behalf of Creditor    WELLS FARGO BANK, N.A. amps@manleydeas.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                     TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Arnold B. Sapp | | |
| Debtor(s) | | CHAPTER 13 |
| XChange Leasing | | |
| Movant | | |
| vs. | | NO. 18-11503 AMC |
| Arnold B. Sapp | | |
| Debtor(s) | | |
| William C. Miller Esq. | | |
| Trustee | | 11 U.S.C. Sections 362 and 1301 |

## ORDER

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant, XChange Leasing, reviewed the file herein and, finding that no objections to same have been filed and that all required notices of said Motion have been properly served, is of the opinion that said Motion should be granted. It is therefore,

**ORDERED** that the automatic stay is hereby terminated under 11 U.S.C. §362(d) as to Movant, upon entry of this Order pursuant to the authority granted in Fed.R.Bankr.P., Rule 4001(a)(3) to permit said creditor, its successors and/or assigns, to take possession and sell, or otherwise dispose of the 2016 FORD Focus Hatchback 5D SE I4 - VIN: 1FADP3K29GL205943 in a commercially reasonable manner.

United States Bankruptcy Judge.

Arnold B. Sapp
47 Hidden Valley Road
Aston, PA 19014

David A. Scholl
Law Office of David A. Scholl
512 Hoffman Street
Philadelphia, PA 19148

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532