IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT
OF PENNSYLVANIA

In re:
ARNOLD B. SAPP,    : CHAPTER 13
Debtors

: BANKRUPTCY NO. 18-11503

APPLICATION FOR COMPENSATION OF DAVID A. SCHOLL, ESQUIRE, COUNSEL
FOR THE DEBTOR

David A. Scholl, Esquire, counsel for the above-named Debtor, in accordance with F.R.B.P. 2016-2 applies, under section 330 of the Code, for an award of compensation and represents as follows:

1. The Applicant is counsel for the Debtor in this case

2. The Applicant filed this petition under Chapter 13 of the Bankruptcy Code on behalf of the Debtor on March 5, 2018.

3. The Debtor's annualized income as set forth on Form B122-C-1 is below the median.

4. All services rendered for which compensation is requested were performed on behalf of the Debtor, the services were actual and necessary, and the compensation requested for those services is reasonable.

5. Applicant requests an award of compensation of $4000 for over 30 hours expended in providing services, which included meeting with the Debtor and analyzing his financial circumstances as appropriate for Chapter 13, preparing and filing the Petition, Schedules, Plans, and accompanying documents, filing and prosecuting a motion to extend the automatic stay, contacting and

convincing the Internal Revenue Service to amend its claim, defending and negotiating resolution of a motion for relief from the automatic stay, objecting to and resolving an Objection to the mortgagee's claim, amending the Plans, attending the Meeting of Creditors, filing answers to the trustee's motions to dismiss this case, attending several hearings on confirmation and the trustee's motions to dismiss, and preparing and serving Notice of this Fee Application.

6. The Debtor paid the Applicant $1000 prior to his filing this case.

7. A copy of the Applicant's disclosure of compensation pursuant to FRBP 2016(b) is attached hereto as Exhibit "A."

8. None of the compensation paid to the Applicant will be shared with any person other than my wife, an associate of my law firm whose appearance was also entered.

WHEREFORE, the Applicant requests an award of $4000 in compensation for services, less $1000 paid, or $3000 in remaining compensation..

Dated: February 7, 2019

/s/DAVID A. SCHOLL

512 Hoffman Street, Phila., PA. 19148

610-550-1765

Attorney for Debtor

EXHIBIT "A"

## UNITED STATES BANKRUPTCY COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

In re:   Arnold B. Sapp,                                             Case No.   18-11503

   Name of Debtor(s)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ........................................................... $2,500.00*
   Prior to the filing of this statement I have received .................................................. $1000.00
   Balance Due ................................................................................................... $1500.00

2. The source of the compensation paid to me was:

   ☒ Debtor

3. The source of compensation to be paid to me is:

   ☒ Debtor

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee of $2500, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Preparation and filing of schedules and statement of affairs
   b. Attending the Meeting of Creditors
   c. Preparing and obtaining confirmation of a Chapter 13 plan

*By agreement with the debtor, the above-disclosed fee does not include any costs or expenses which arise in the case or representation in any extraordinary matters not referenced above, including a motion for extension of the automatic stay, appearance at a hearing to determine whether credit counseling requirements were met, objecting to claims, filing motions and prosecuting adversary proceedings, and defending any motions filed against the Debtor. For these services, the Debtor will be charged an additional $200/hr over the $2500 fee referenced above. It is estimated that the total fee will be approximately $4000

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: 3-6-18                                                        /s/David A. Scholl

**EXHIBIT "B"**

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:
ARNOLD B. SAPP,
    Debtor

: CHAPTER 13
: BANKRUPTCY NO. 18-11503

### ORDER

AND NOW, this ____ day of February, 2019, upon consideration of the Fee Application of David A. Scholl, Esquire, Counsel for the Debtors, for compensation in this case, it is hereby ORDERED that the Fee Application of David A. Scholl, Esquire, Counsel for the Debtor, for compensation is GRANTED, and the Applicant is awarded compensation of $4000. After credit for a $1000 retainer paid to the Applicant by the Debtor, the Chapter 13 Trustee is authorized and directed to pay $3000 to the Applicant.

_____
                                          J.