**IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In Re: ARNOLD B. SAPP,** | :    **CHAPTER 13** |
| **Debtors** | : **BANKRUPTCY NO. 18-11503** |

**CERTIFICATION OF SERVICE AND OF NO OBJECTION**

I hereby certify that, on February 6, 2019, I served notice of my Application for Compensation for services and costs in this case upon all interested parties and that I served a copy of the entire Application, the Notice, and this court's Order upon the Debtor, the Chapter 13 Standing Trustee, and the United States Trustee's office. I further certify that, as of March 8, 2019, no objection to the Application has been filed. As a result, the proposed Order attached to the Fee Application can be entered as uncontested.

Dated: March 11, 2019

_____
/s/ DAVID A. SCHOLL
512 Hoffman Street
Philadelphia, PA  19148
610-550-1765
Attorney for Debtor