IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT
OF PENNSYLVANIA

In re:
ARNOLD B. SAPP,            : CHAPTER 13
    Debtor            : BANKRUPTCY NO. 18-11503

## ORDER

AND NOW, this _____ day of February, 2019, upon consideration of the Fee Application of David A. Scholl, Esquire, Counsel for the Debtors, for compensation in this case, it is hereby ORDERED that the Fee Application of David A. Scholl, Esquire, Counsel for the Debtor, for compensation is GRANTED, and the Applicant is awarded compensation of $4000. After credit for a $1000 retainer paid to the Applicant by the Debtor, the Chapter 13 Trustee is authorized and directed to pay $3000 to the Applicant.

Date: March 13, 2019

_____
                                                        J.