# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-11503-AMC

ARNOLD B SAPP

47 HIDDEN VALLEY ROAD

ASTON, PA 19014

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  ARNOLD B SAPP

  47 HIDDEN VALLEY ROAD

  ASTON, PA 19014

Counsel for debtor(s), by electronic notice only.

  DAVID SCHOLL, ESQUIRE
  512 HOFFMAN ST

  PHILADELPHIA, PA 19148-

Date: 6/21/2019

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee