## IN THE UNITED STATES BANKRUPOTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:
**ARNOLD B. SAPP,**                                         : CHAPTER 13
**Debtor**

: BANKRUPTCY NO. 18-11503

### DEBTOR'S ANSWER TO TRUSTEE'S MOTION TO DISMISS FILED JUNE 21, 2019

The Debtor has advised counsel that he will become current on all payments due by July 31, 2019..
.

WHEREFORE, the Debtor requests that the Trustee's Motion to Dismiss this bankruptcy case.be denied.

Date:   June 25, 2019                                       Attorney for Debtor

/s/DAVID A. SCHOLL
512 Hoffman Street
Philadelphia, PA.  19148
610-550-1765