**IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In Re:   ARNOLD B. SAPP,                    :        CHAPTER 13
                 **Debtor**                 : BANKRUPTCY NO. 18-11503

**ORDER GRANTING MOTION TO RECONSIDER DISMISSAL OF CASE.**

AND NOW, this      day of November, 2019, the Order of October 8, 2019, , dismissing this case is VACATED.

_____

J.

### IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:   ARNOLD B. SAPP,                                        :         CHAPTER 13
                              Debtor                  : BANKRUPTCY NO. 18-11503

**DEBTOR'S MOTION REQUESTING RECONSIDERATION OF ORDER DISMISSING CASE.**

The Debtor in this former Chapter 13 bankruptcy case, ARNOLD B. SAPP ("the Debtor"), now comes and moves that this court to reconsider its Order of October 8, 2019 ("the Order"), dismissing this case, alleging as follows:

1. This Debtor filed this bankruptcy case on March 5, 2018.

2. The Debtor's Fourth Amended Chapter 13 Plan was confirmed on February 5, 2019.

3. On June 21, 2019, the Trustee filed a Motion to Dismiss this case because the Debtor fell behind in his plan payments.

4. The Motion was scheduled for a hearing on August 13, 2019.  On or about that date, the Debtor remitted payments totaling $800.

5. The Trustee continued the hearing on the Motion until October 8, 2019.

6.  Both the Debtor and his counsel overlooked the date to which the Motion was continued, and the Debtor was $2400 in arrears on his payments on that date.  As a result, the Order was entered.

7. The Debtor has some funds on hand, and will have the entire $2400 in arrears available for remittance to the Trustee by the hearing date on this Motion.

WHEREFORE, the Debtor requests that this court will vacate its Order of October 8, 2019, dismissing this case.

_____

/s/ DAVID A. SCHOLL

512 Hoffman Street

Philadelphia, PA.   19148

610-550-1765

Attorney for Former Debtor