## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**IN RE:**
    **ARNOLD B. SAPP,**                                       : Chapter 13
                **Debtor**                                            : BANKR. No. 18-11503

### NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

      The Debtor in this case has filed a Motion to Reconsider an Order Dismissing this bankruptcy case.

      <u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

      1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before October 25, 2019, you or your attorney must do <u>all</u> of the following:

          (a) file an answer explaining your position at
                Bankruptcy Clerk
                900 Market Street, Suite 400
                Philadelphia, PA 19107-4299
                (215) 408-2800

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

          (b) mail a copy to the movant's attorney:
                David A. Scholl, Esquire
                512 Hoffman Street
                Philadelphia, PA. 19148
                610-550-1765
                215-316-0175

      2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

      3. A hearing on the motion has been scheduled to be held before the Honorable Aslely M. Chan on November 12, 2019, at 11 A.M. in Courtroom 4, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA.

      4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

      5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Date: October 8. 2019