United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 18-11503-amc
Arnold B Sapp                                                   Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2           User: PaulP                  Page 1 of 1               Date Rcvd: Oct 08, 2019
                               Form ID: pdf900              Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 10, 2019.
```
db             +Arnold B Sapp,    47 Hidden Valley Road,    Aston, PA 19014-2513
14068631       +Dental Health Center,    4720 Pennell Road,    Aston, PA 19014-1890
14068632       +Fortiva H/mabtc/atls,    Pob 105555,   Atlanta, GA 30348-5555
14086091        Pennsylvania Department of Revenue,    Bankruptcy Division,    PO BOX 7346,
                 Philadelphia, PA 19101-7346
14079158       +Wells Fargo Bank, N.A.,    Attention: Payment Processing,    MAC# X2302-04C,    1 Home Campus,
                 Des Moines IA 50328-0001
14197212        Wells Fargo Bank, NA,    c/o Karina Velter, Esq.,    Manley Deas Kochalski LLC,    PO Box 165028,
                 Columbus, OH 43216-5028
14068634       +Wells Fargo Home Mortgage,    P.O. Box 14411,    Des Moines, IA 50306-3411
14251046       +XChange Leasing,    c/o Rebecca A. Solarz, Esq.,    KML Law Group, P.C.,    701 Market Street,
                 Suite 5000,   Philadelphia, PA 19106-1541
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Oct 09 2019 03:22:25      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 09 2019 03:22:13
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 09 2019 03:22:18     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Oct 09 2019 03:28:02      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14099418       +E-mail/Text: g20956@att.com Oct 09 2019 03:22:28      AT&T Mobility II LLC,
                 %AT&T SERVICES INC.,    KAREN A. CAVAGNARO PARALEGAL,    ONE AT&T WAY, SUITE 3A104,
                 BEDMINSTER, NJ 07921-2693
14068630       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 09 2019 03:22:05      Comenitycb/boscov,
                 Po Box 182120,    Columbus, OH 43218-2120
14219442        E-mail/Text: cio.bncmail@irs.gov Oct 09 2019 03:22:02      Dept. of the Treasury,
                 Internal revenue service,    P.O. box 7346,    Philadelphia, pa 19101-7346
14091800       +E-mail/Text: bankruptcydpt@mcmcg.com Oct 09 2019 03:22:14      MIDLAND FUNDING LLC,
                 PO BOX 2011,    WARREN, MI 48090-2011
14068633       +E-mail/Text: bankruptcydpt@mcmcg.com Oct 09 2019 03:22:14      Midland Funding,
                 2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
14068990       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 09 2019 03:29:18
                 PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                               TOTAL: 10
```

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 10, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 8, 2019 at the address(es) listed below:
```
              DAVID A. SCHOLL    on behalf of Debtor Arnold B Sapp judgescholl@gmail.com
              KARINA   VELTER    on behalf of Creditor    WELLS FARGO BANK, N.A. amps@manleydeas.com
              KEVIN G. MCDONALD    on behalf of Creditor    XChange Leasing bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    XChange Leasing bkgroup@kmllawgroup.com
              SARAH ELISABETH BARNGROVER    on behalf of Creditor    WELLS FARGO BANK, N.A. amps@manleydeas.com
              United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                               TOTAL: 7
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>ARNOLD B SAPP | Chapter 13 |
| Debtor | Bankruptcy No. 18-11503-AMC |

# **O R D E R**

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: October 8, 2019**

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DAVID SCHOLL, ESQUIRE
512 HOFFMAN ST

PHILADELPHIA, PA 19148-

Debtor:
ARNOLD B SAPP

47 HIDDEN VALLEY ROAD

ASTON, PA 19014