# IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| **ARNOLD B. SAPP,** | : | **CHAPTER 11** |
| **Debtor** | : | **BANKR. NO.  18-11503** |

## CERTIFICATION OF SERVICE

      I hereby certify that, on October 9, 2019, I served a Motion to Reconsider Dismissal of This Case, with a Notice of Motion with an Answer Date of October 25, 2019, and a hearing date of November 12, 2019, at 11AM in Courtroom 4, 900 Market St., Philadelphia, PA.  19107, on all interested parties.

Dated:  October 31, 2019

-
      /s/ DAVID A. SCHOLL
      512 Hoffman Street
      Philadelphia, PA  19148
      610-550-1765
      Attorney for Debtor