# IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| **ARNOLD B. SAPP,** | : | **CHAPTER 11** |
| **Debtor** | : | **BANKR. NO.  18-11503** |

## CERTIFICATION OF NO OBJECTION

I hereby certify that, on October 9, 2019, I served a Motion to Reconsider Dismissal of This Case, with a Notice of Motion with an Answer Date of October 25, 2019, and a hearing date of November 12, 2019, at 11AM in Courtroom 4, 900 Market St., Philadelphia, PA.  19107, on all interested parties. I further certify that no Answer or Objection to the Motion has been filed of record or served upon me as of the Answer Date, and therefore the Order attached to the Motion may be entered as uncontested.

Dated:  November 1, 2019

-
/s/ DAVID A. SCHOLL
512 Hoffman Street
Philadelphia, PA  19148
610-550-1765
Attorney for Debtor