IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN
DISTRICT OF PENNSYLVANIA

In Re:   ARNOLD B. SAPP,                             :         CHAPTER 13
                         Debtor                     : BANKRUPTCY NO. 18-11503

**ORDER GRANTING MOTION TO RECONSIDER DISMISSAL OF CASE.**

AND NOW, this ___ day of November, 2019, the Order of October 8, 2019, , dismissing this case is VACATED.

_____
J.