United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 18-11503-amc
Arnold B Sapp                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2            User: Antoinett             Page 1 of 1                Date Rcvd: Nov 14, 2019
                                Form ID: pdf900             Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 16, 2019.
db             +Arnold B Sapp,    47 Hidden Valley Road,    Aston, PA 19014-2513
14068631       +Dental Health Center,    4720 Pennell Road,    Aston, PA 19014-1890
14068632       +Fortiva H/mabtc/atls,    Pob 105555,    Atlanta, GA 30348-5555
14086091        Pennsylvania Department of Revenue,    Bankruptcy Division,    PO BOX 7346,
                 Philadelphia, PA 19101-7346
14079158       +Wells Fargo Bank, N.A.,    Attention: Payment Processing,    MAC# X2302-04C,    1 Home Campus,
                 Des Moines IA 50328-0001
14197212        Wells Fargo Bank, NA,    c/o Karina Velter, Esq.,    Manley Deas Kochalski LLC,    PO Box 165028,
                 Columbus, OH 43216-5028
14068634       +Wells Fargo Home Mortgage,    P.O. Box 14411,    Des Moines, IA 50306-3411
14251046       +XChange Leasing,    c/o Rebecca A. Solarz, Esq.,    KML Law Group, P.C.,    701 Market Street,
                 Suite 5000,    Philadelphia, PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Nov 15 2019 03:38:47      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 15 2019 03:38:22
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 15 2019 03:38:34      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Nov 15 2019 03:48:47      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14099418       +E-mail/Text: g20956@att.com Nov 15 2019 03:38:51      AT&T Mobility II LLC,
                 %AT&T SERVICES INC.,    KAREN A. CAVAGNARO  PARALEGAL,    ONE AT&T WAY, SUITE 3A104,
                 BEDMINSTER, NJ 07921-2693
14068630       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 15 2019 03:38:04      Comenitycb/boscov,
                 Po Box 182120,    Columbus, OH 43218-2120
14219442        E-mail/Text: cio.bncmail@irs.gov Nov 15 2019 03:37:59      Dept. of the Treasury,
                 Internal revenue service,    P.O. box 7346,    Philadelphia, pa 19101-7346
14091800       +E-mail/Text: bankruptcydpt@mcmcg.com Nov 15 2019 03:38:25      MIDLAND FUNDING LLC,
                 PO BOX 2011,    WARREN, MI 48090-2011
14068633       +E-mail/Text: bankruptcydpt@mcmcg.com Nov 15 2019 03:38:25      Midland Funding,
                 2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
14068990       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 15 2019 03:49:30
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                                TOTAL: 10

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 14, 2019 at the address(es) listed below:
              DAVID A. SCHOLL    on behalf of Debtor Arnold B Sapp judgescholl@gmail.com
              KARINA  VELTER    on behalf of Creditor   WELLS FARGO BANK, N.A. amps@manleydeas.com
              KEVIN G. MCDONALD    on behalf of Creditor   XChange Leasing bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor   XChange Leasing bkgroup@kmllawgroup.com
              SARAH ELISABETH BARNGROVER    on behalf of Creditor   WELLS FARGO BANK, N.A. amps@manleydeas.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                                TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN
DISTRICT OF PENNSYLVANIA

In Re:   ARNOLD B. SAPP,                          :           CHAPTER 13
                           Debtor                 : BANKRUPTCY NO. 18-11503

**ORDER GRANTING MOTION TO RECONSIDER DISMISSAL OF CASE.**

AND NOW, this 12th day of November, 2019, the Order of October 8, 2019, , dismissing this case is VACATED.

_____
J.