# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 18-11503-AMC

ARNOLD B SAPP

47 HIDDEN VALLEY ROAD

ASTON, PA 19014

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    ARNOLD B SAPP

    47 HIDDEN VALLEY ROAD

    ASTON, PA 19014

Counsel for debtor(s), by electronic notice only.

    DAVID SCHOLL, ESQUIRE
    512 HOFFMAN ST

    PHILADELPHIA, PA 19148-

Date: 2/25/2020

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee