**IN THE UNITED STATES BANKRUPOTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:
ARNOLD B. SAPP,                                          : CHAPTER 13
Debtor

                                                                         : BANKRUPTCY NO. 18-11503

**DEBTOR'S ANSWER TO TRUSTEE'S MOTION TO DISMISS FILED FEBRUARY, 2020**

The Debtor has advised counsel that he will $1200 to the Trustee in March, 2020, and will become current on all payments due by the hearing date of April 7, 2020..
.

WHEREFORE, the Debtor requests that the Trustee's Motion to Dismiss this bankruptcy case.be denied.

Date:   February 28, 2020                                      Attorney for Debtor

                                                                         /s/DAVID A. SCHOLL
                                                                         512 Hoffman Street
                                                                         Philadelphia, PA.  19148
                                                                         610-550-1765