# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| Arnold B. Sapp | : | Case No.: 18-11503 |
| | : | Chapter 13 |
| Debtor(s). | : | Judge Magdeline D. Coleman |
| | : | * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

## WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR

Now comes **Sarah E. Barngrover**, who shall be substituted for **Karina Velter** as counsel of record for creditor **Wells Fargo Bank, N.A.** ("Creditor"). **Karina Velter** is no longer counsel for Creditor.

/s/ Karina Velter
Karina Velter (94781)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181

/s/ Sarah E. Barngrover
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
614-220-5611; Fax: 614-627-8181
sebarngrover@manleydeas.com

18-007669_PS

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | |
| **Arnold B. Sapp** | **Case No.:** 18-11503 |
| | **Chapter 13** |
| | **Judge Magdeline D. Coleman** |
| **Debtor(s)** | * * * * * * * * * * * * * * * * * * * |
| **Wells Fargo Bank, N.A.** | **Related Document #** |
| **Movant,** | |
| vs | |
| **Arnold B. Sapp** | |
| **William C. Miller** | |
| **Respondents.** | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Withdrawal and Entry of Appearance of Counsel for Creditor was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

William C. Miller, Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA 19105, ecfemails@ph13trustee.com

David A. Scholl, Attorney for Arnold B. Sapp, 512 Hoffman Street, Philadelphia, PA 19148, judgescholl@gmail.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on March 10, 2021:

Arnold B. Sapp, 47 Hidden Valley Road, Aston, PA 19014

Arnold B. Sapp, 47 Hidden Valley Rd, Aston, PA 19014

DATE: March 10, 2021

/s/ Sarah E. Barngrover
Sarah E. Barngrover, Esquire (323972)
Adam B. Hall (323867)
Manley Deas Kochalski LLC

18-007669_PS

        P.O. Box 165028
Columbus, OH 43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Sarah E. Barngrover.
Contact email is sebarngrover@manleydeas.com

18-007669_PS