| UNITED STATES BANKRUPTCY COURT<br>Eastern District of Pennsylvania | | **NOTICE OF CHANGE OF ADDRESS** |
|---|---|---|
| Name of Debtor(s):<br><br>Arnold B Sapp | Case Number:<br><br>2:2018-bk-11503 | |
| Name of Creditor:<br>   Wells Fargo Bank, N.A. | | |
| Name of Current Servicer of account:<br>   Wells Fargo Bank, N.A. | | **COURT USE ONLY** |
| Name and NEW Address where notices should be sent:<br><br>   Wells Fargo Bank, N.A.<br>   MAC N9286-01Y<br>   P.O. Box 1629<br>   Minneapolis, MN 55440-9790<br>   Telephone Number: 800-274-7025<br><br>Prior notice address:<br><br>   Wells Fargo Bank, N.A.<br>   MAC N9286-01Y<br>   1000 Blue Gentian Road<br>   Eagan, MN 55121-7700 | | **X** Check this box if you are changing the address that notices will go to. |
| Name and address where payments should be sent:<br><br>   Wells Fargo Bank, N.A.<br>   Attention: Payment Processing<br>   MAC F2302-04C<br>   1 Home Campus<br>   Des Moines, IA 50328<br><br>   Telephone Number: 800-274-7025 | | __ Check this box if you are changing the address that payments will go to. |
| 1.   Account Number: **3642**  UCID: **WFCMGE1811503PAE11443642** | | __ Check this box if the account number has changed. |
| 2.   Court Claim Number: **1** | | |
| 3.   **Signature:**<br><br> **Check the appropriate box.**<br>      X   **I am the creditor.**<br>          **I am the creditor's authorized agent.** (Attach copy of power of attorney, if any.)<br>          **I am the trustee, or the debtor.**<br>          **I am a guarantor, surety, endorser, or other codebtor.**<br><br>   By:    /s/ Karen Sue Branas              Date:  01/12/2022<br>          VP Loan Documentation | | |

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              CASE NO.:     18-11503

**Arnold B Sapp**                            CHAPTER:     13

**Debtor(s).**

_____ /

## CERTIFICATE OF SERVICE

I hereby certify that on or before January 13, 2022, I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid, addressed to each of them as follows:

**SERVICE LIST**

*Debtor:*                      *By U.S. Postal Service First Class Mail Postage Prepaid:*

Arnold B Sapp
47 Hidden Valley Road
Aston, PA 19014

*Debtor's Attorney:*          *By CM / ECF Filing:*

DAVID A. SCHOLL
Law Office of David A. Scholl
512 Hoffman Street
Philadelphia, PA 19148

*Trustee:*                    *By CM / ECF Filing:*

KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

/s/ John Shelley

InfoEx, LLC
(as authorized agent for Wells Fargo Bank, N.A.)