IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | |
| Arnold B. Sapp | Case No.: 18-11503 |
| | Chapter 13 |
| | Judge Magdeline D. Coleman |
| Debtor(s) | * * * * * * * * * * * * * * * * * * * |
| Wells Fargo Bank, N.A. | Related Claim No. 1 |
| Movant, | |
| vs | |
| Arnold B. Sapp | |
| Kenneth E. West | |
| Respondents. | |

## ORDER

**AND NOW**, upon consideration of the Motions to Authorize Filing of Replacement Redacted Documents **(Notice of Mortgage Payment Change filed November 16, 2022)** filed by Wells Fargo Bank, N.A.;

**AND**, the Court concluding that the subject Notice of Mortgage Payment Change filed November 16, 2022 (including attachments) fails to comply with Fed. R. Bankr. P. 9037;

It is therefore **ORDERED** that:

1. This Motion is **GRANTED**.

2. The Clerk **SHALL PROHIBIT PUBLIC ACCESS** to the **Notice of Mortgage Payment Change filed November 16, 2022 on the Claims Register forthwith**.

3. Wells Fargo Bank, N.A. shall file redacted copies of the document(s) identified in Paragraph 2 above **on or before December 26, 2022**.

Dated: December 12, 2022

MAGDELINE D. COLEMAN
Chief U.S. BANKRUPTCY JUDGE

18-007669_SCS2