IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 18-11503** |
| **Arnold B. Sapp** : | **Chapter 13** |
| : | **Judge Magdeline D. Coleman** |
| **Debtor(s)** : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| : | |
| **Wells Fargo Bank, N.A.** : | **Related Document #** |
| **Movant,** : | |
| vs : | |
| : | |
| **Arnold B. Sapp** : | |
| **Kenneth E. West** : | |
| **Respondents.** : | |
| : | |

## ORDER

**AND NOW**, upon consideration of the Motions to Authorize Filing of Replacement Redacted Documents **(Notice of Mortgage Payment Change filed December 20, 2022)** filed by Wells Fargo Bank, N.A.;

**AND**, the Court concluding that the subject Proof of Claim (including attachments) fails to comply with Fed. R. Bankr. P. 9037;

It is therefore **ORDERED** that:

1. This Motion is **GRANTED**.

2. The Clerk **SHALL PROHIBIT PUBLIC ACCESS** to **Claim No. Notice of Mortgage Payment Change filed December 20, 2022 on the Claims Register forthwith**.

3. Wells Fargo Bank, N.A. shall file redacted copies of the document(s) identified in Paragraph 2 above **on or before** February 8, 2023.

18-007669_KDV

Dated: January 25, 2023

_____
MAGDELINE D. COLEMAN
Chief U.S. BANKRUPTCY JUDGE

18-007669_KDV