United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                  Case No. 18-11503-mdc

Arnold B Sapp                                                                    Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                                    Page 1 of 2
Date Rcvd: May 08, 2023                   Form ID: 138OBJ                          Total Noticed: 17

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2023:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Arnold B Sapp, 47 Hidden Valley Road, Aston, PA 19014-2513 |
| 14068631 | + | Dental Health Center, 4720 Pennell Road, Aston, PA 19014-1890 |
| 14086091 | | Pennsylvania Department of Revenue, Bankruptcy Division, PO BOX 7346, Philadelphia, PA 19101-7346 |
| 14197212 | | Wells Fargo Bank, NA, c/o Karina Velter, Esq., Manley Deas Kochalski LLC, PO Box 165028, Columbus, OH 43216-5028 |
| 14251046 | + | XChange Leasing, c/o Rebecca A. Solarz, Esq., KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: megan.harper@phila.gov | May 08 2023 23:43:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 08 2023 23:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14099418 | + | Email/Text: g20956@att.com | May 08 2023 23:43:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ 07921-2693 |
| 14068630 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 08 2023 23:43:00 | Comenitycb/boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 14219442 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 08 2023 23:43:00 | Dept. of the Treasury, Internal revenue service, P.O. box 7346, Philadelphia, pa 19101-7346 |
| 14068632 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | May 08 2023 23:43:00 | Fortiva H/mabtc/atls, Pob 105555, Atlanta, GA 30348-5555 |
| 14091800 | + | Email/Text: bankruptcydpt@mcmcg.com | May 08 2023 23:43:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 14068633 | + | Email/Text: bankruptcydpt@mcmcg.com | May 08 2023 23:43:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 14068990 | + | Email/PDF: rmscedi@recoverycorp.com | May 08 2023 23:44:09 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14079158 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 08 2023 23:54:54 | Wells Fargo Bank, N.A., Attention: Payment Processing, MAC# X2302-04C, 1 Home Campus, Des Moines IA 50328-0001 |
| 14661340 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 08 2023 23:55:14 | Wells Fargo Bank, NA, MAC N9286-01Y, PO Box 1629, Minneapolis, MN 55440-1629 |
| 14068634 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 08 2023 23:43:48 | Wells Fargo Home Mortgage, P.O. Box 14411, Des Moines, IA 50306-3411 |

TOTAL: 12

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 08, 2023 | Form ID: 138OBJ | Total Noticed: 17 |

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2023                     Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor WELLS FARGO BANK  N.A. amps@manleydeas.com |
| ALYK L OFLAZIAN | on behalf of Creditor WELLS FARGO BANK  N.A. amps@manleydeas.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor XChange Leasing bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| DAVID A. SCHOLL | on behalf of Debtor Arnold B Sapp judgescholl@gmail.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor XChange Leasing bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Arnold B Sapp

          Debtor(s)

Case No: 18−11503−mdc

Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

    To all creditors and parties in interest, NOTICE IS GIVEN THAT:


    The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

    Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

    All objections must be filed with the Clerk at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

    In the absence of any objection, the Court may enter the Order of Discharge.


For The Court

Timothy B. McGrath
Clerk of Court

Dated: 5/8/23